# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARNELL LAMAR SMITH, | ) | No. CV 08-4848-PA(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LARRY SMALLS (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATED: <u>June 15, 2009</u>

_____
PERCY ANDERSON
United States District Judge